# Exhibit 2

| US9095563B2 | CBD Pain Relief Cream 300mg ("Accused Product") |
|---|---|
| 11. A topical formulation consisting essentially of: | The accused product is a topical formulation (e.g., CBD Cream 300mg).<br><br>As shown below, the accused product is CBD Pain Relief Cream intended for topical application.<br><br>https://thewelltheory.com/product/cbd-cream/ |
| an extract of *Cannabis sativa* or *Cannabis indica;* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., Hemp plant).<br><br>As shown below, the accused product is pain-relief cream formulation which contain 300mg of CBD derived from the hemp plant. The Hemp is the common name for the Cannabis sativa. |

**MEDICAL GRADE INGREDIENTS**

- Full Spectrum CBD
- Lidocaine
- Menthol
- Aloe Vera
- Frankicense + Bergamot + Other Essential Oils
- Certificate of Analysis

https://thewelltheory.com/product/cbd-cream/



https://store-c1dn0kebrh.mybigcommerce.com/content/COA_Pain%20Cream.pdf

| | |
|---|---|
| | <br>https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862 |
| at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below accused product contain 4% lidocaine as an active ingredient which is more than 0.1 wt % in the topical formulation. |

| | |
|---|---|
| benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation, | <br>https://thewelltheory.com/product/cbd-cream/ |
| wherein the concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation, | The accused product has concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation.<br><br>As shown below accused product contain 300mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total volume of formulation is 1FL OZ) |



https://thewelltheory.com/product/cbd-cream/

| Method: SOP 1-2026.03 | Sample Name: Recovery Cream: 300mg | | APRC Lot Number: SAW240821A |
|---|---|---|---|
| **Cannabinoid** | **RT** | **Total %** | **Total mg/g** |
| Cannabidivarinic Acid (CBDVA) | ND | ND | ND |
| Cannabidivarin (CBDV) | ND | ND | ND |
| Cannabidiolic Acid (CBDA) | ND | ND | ND |
| Cannabigerolic Acid (CBGA) | ND | ND | ND |
| Cannabinol (CBN) | ND | ND | ND |
| Cannabidiol (CBD) | 3.33 | 1.05 | 10.53 |
| Cannabigerol (CBG) | ND | ND | ND |
| Tetrahydrocannabivarin (THCV) | ND | ND | ND |
| Tetrahydrocannabivarin Acid (THCVA) | ND | ND | ND |
| Delta-9-Tetrahydrocannabinol (Δ9-THC) | ND | ND | ND |
| Delta-8-Tetrahydrocannabinol (Δ8-THC) | ND | ND | ND |
| Tetrahydrocannabinolic acid (THCA-A) | ND | ND | ND |
| Cannabichromene (CBC) | ND | ND | ND |
| Cannabichromene Acid (CBCA) | ND | ND | ND |
| Δ10 and Δ6a,10a-Tetrahydrocannabinol, mixed isomers | ND | ND | ND |
| (6aR,9R)-Δ10-Tetrahydrocannabidiol | NT | NT | NT |
| (6aR,9S)-Δ10-Tetrahydrocannabidiol | NT | NT | NT |
| 9(R+S)-Δ6a,10a-Tetrahydrocannabidiol | NT | NT | NT |
| Cannabicitran (CBTC) | ND | ND | ND |

https://store-c1dn0kebrh.mybigcommerce.com/content/COA_Pain%20Cream.pdf

| said topical formulation obtained by dispersing the | The accused product is a topical formulation obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base. |
|---|---|

| | |
|---|---|
| extract of *cannabis sativa* or *cannabis* indicia in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base | The accused product is a topical cream formulation which contain extract from the broad-spectrum Hemp plant dispersed in a cream base. <br><br> The cream is an emulsion semisolid dosage form that contains >20% water and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin. Hence accused product is obtained by dispersing the extract of broad-spectrum Hemp plant in oil-in-water or water-in-oil emulsion. <br><br> Table 3 — Suggested definitions of topical dosage forms <br><br> | Dosage form | Definition | Formulation | Appearance and feel | Physical properties | <br> |---|---|---|---|---| <br> | Topical solution | A clear, homogeneous liquid dosage form for external application to the skin | Usually contains an aqueous or alcoholic vehicle; though an oil may also serve as the vehicle. May contain a gelling agent to thicken the solution | Clear, thin | | <br> | Topical suspension | A liquid dosage form, that consists of a solid suspended in a liquid vehicle in a two-phase system for external application to the skin | Usually contains an aqueous or alcoholic vehicle | Solid often settles with time, thus requiring shaking before use | | <br> | Lotion | An emulsion liquid dosage form for external application to the skin | Usually contains an aqueous vehicle and >50% water and volatiles | Opaque, thin, non-greasy; tends to evaporate rapidly with a cooling sensation when rubbed onto the skin | Exhibits Newtonian or pseudoplastic flow behavior | <br> | Gel | A semisolid dosage form that contains a gelling agent to provide stiffness to a solution or colloidal dispersion for external application to the skin. A gel may contain suspended particles | Usually contains an aqueous or alcoholic vehicle and a gelling agent such as starch, cellulose derivatives, carbomers, magnesium–aluminum silicates, xanthan gum, colloidal silica, aluminum or zinc soaps | Usually clear or translucent in a single-phase system; otherwise opaque in a two-phase system; thick, non-greasy; provides a cooling sensation when applied to the skin | Usually exhibits a single transition in TGA corresponding to loss of the vehicle; does not flow at low shear stress and generally displays plastic flow behavior | <br> | **Cream** | **An emulsion semisolid dosage form that contains >20% water and volatiles and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin** | **Contains >20% water and volatiles and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle. There are two types of creams: an oil-in-water cream with water as the continuous phase and a water-in-oil cream with oil as the continuous phase** | Opaque, viscous, non-greasy to mildly greasy; tends to mostly evaporate or be absorbed when rubbed onto the skin | Exhibits two or more transitions in TGA indicative of at least a two-phase system; displays plastic flow behavior | <br> | Ointment | A suspension or emulsion semisolid dosage form that contains <20% water and volatiles and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains <20% water and volatiles and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle | Opaque or translucent, viscous, greasy; tends not to evaporate or be absorbed when rubbed onto the skin | | <br> | Paste | A semisolid dosage form that contains a large proportion (i.e., 20–50%) of solids finely dispersed in a fatty vehicle for external application to the skin | Contains a large proportion (20–50%) of dispersed solids in a fatty vehicle | Opaque, viscous, greasy to mildly greasy; adheres well to the skin, forming a protective layer | | <br><br> https://www.sciencedirect.com/science/article/abs/pii/S037851730500102X?via%3Dihub |

| | |
|---|---|
| consisting essentially of at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid. | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid.<br><br>As shown below accused product contain lidocaine as active ingredient present in the formulation.<br><br><br><br>https://thewelltheory.com/product/cbd-cream/ |